WILSON *v.* THE EVANSVILLE AND CLEVELAND, &c., RAILROAD COMPANY.

If a party, assuming that he has several grounds of defense, answers in separate paragraphs without numbering them, his answer is bad on demurrer; whether the paragraphs really set up different defenses or not.

If the complaint in a suit against *B.* on a subscription of stock, allege that *A.* made the subscription for *B.*, and *B.* ratified it, it is no defense for *B.* to say that he did not subscribe.

*Monday,*
*November* 30.

APPEAL from the *Pike* Circuit Court.

PERKINS, J.—Suit upon a stock subscription. The complaint alleged that the subscription was made by *Willard Carpenter* for the defendant, and that the defendant afterwards ratified it. The defendant answered under oath, denying that he made any subscription of stock. The answer consisted of more than one paragraph. The paragraphs were not numbered. The answer was demurred

to, the demurrer sustained, and, no further answer being put in, final judgment was rendered for the plaintiff.

Section 56, 2 R. S. p. 39, provides, in subdivision 3, that a defendant may set up as many grounds of defense in his answer as he shall have, but requires that "each shall be stated in a separate paragraph, and numbered, and clearly refer to the cause of action intended to be answered."

Wherever a party, therefore, assuming that he has different grounds of defense, whether they really amount to such or not, sets them up in separate paragraphs, he should number them; and if he did not, this Court could not say that the Court below erred in sustaining a demurrer to the whole answer.

In this case, however, it is plain that the answer does not meet the allegations in the complaint. The latter avers that *Willard Carpenter* subscribed, and the defendant afterwards ratified. The former asserts that the defendant did not subscribe. It is true, the legal effect of the ratification, if a valid one, would be to make the defendant liable as a subscriber; but that liability, strictly speaking, would arise from the ratification, not the making of a subscription. The answer should have directly met the allegations in the complaint. It impliedly admits them. It is a kind of a negative pregnant.

*Per Curiam.*—The appeal is dismissed with costs.

*L. Q. De Bruler*, for the appellant.

*O. H. Smith*, for the appellees.